IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00712-MSK

MICHAEL SPURRIER,

      Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Defendant.

## ORDER REMANDING CASE

      THIS MATTER comes before the Court *sua sponte*.

      The Plaintiff commenced this action in the Adams County District Court. Plaintiff alleges a First Claim for Relief of "Uninsured Motorist," and a Second Claim for Relief for breach of insurance contract in connection with his claim for uninsured motorist benefits. In his Complaint, the Plaintiff did not request any particular monetary relief.

      In the Notice of Removal, the Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. The Defendant relies primarily upon the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

      In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007), there has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the

State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Adams County District Court.

DATED this 2nd day of April, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge